UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN MONROE POLK, | No. 2:15-cv-0471 CKD P |
| Plaintiff, | |
| v. | ORDER |
| DIANE GRAY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff's complaint was filed with the court on March 2, 2015. Records attached to the complaint indicate that plaintiff has a nearly-identical action pending in the U.S. District Court for the Northern District of California, Polk v. Gary, No. 14-cv-04375 KAW (N.D. Cal.), which he filed last year. (ECF No. 1 at 34-39.) The court has confirmed that this action is still pending in the Northern District.[1]

Plaintiff has consented to the jurisdiction of a Magistrate Judge to conduct all proceedings in this case. (ECF No. 6.) Due to the duplicative nature of the present action, the court will dismiss it.

////

////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed. R. Civ. P. 41(b).

Dated: April 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / polk0471.23