UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN MONROE POLK, | No. 2:15-cv-0471 CKD P |
| Plaintiff, | |
| v. | ORDER |
| DIANE GRAY, et al., | |
| Defendants. | |

By order filed July 13, 2015, plaintiff's complaint was dismissed and he was granted thirty days to file an amended complaint. (ECF No. 13.) Plaintiff was informed that failure to file an amended complaint would result in the dismissal of this action. (Id.) On August 17, 2015, plaintiff was granted a forty-five day extension of time to file an amended complaint. (ECF No. 17.) On September 24, 2015, plaintiff filed various documents labeled "Exhibits," but did not file an amended complaint. (ECF No. 18; see ECF No. 13 at 6.)

Plaintiff has consented to the jurisdiction of a Magistrate Judge to conduct all proceedings in this action. (ECF No. 3.) As he has failed to timely file an amended complaint, the undersigned will dismiss this action without prejudice.

////

////

////

1

1      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2   <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3   Dated: October 14, 2015

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2  polk0471.fta

2