UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN MONROE POLK, | No. 2:15-cv-0471 CKD P |
| Plaintiff, | |
| v. | ORDER |
| DIANE GRAY, et al., | |
| Defendants. | |

On October 22, 2015, plaintiff filed a motion to amend the complaint. This civil rights action was closed on October 14, 2015. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Accordingly, plaintiff's motion to amend (ECF No. 21) is denied.

Dated: October 27, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / polk0471.58

1