UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN MONROE POLK,<br><br>Plaintiff,<br><br>v.<br><br>DIANE GRAY, et al.,<br><br>Defendants. | No. 2:15-cv-0471 CKD P<br><br><br><br>ORDER |

Recent court orders were served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for plaintiff's failure to keep the court apprised of his current address. See Local Rules 182(f) and 110.

Dated: March 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / polk0471.33a